BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
KAO-YU HSU (Cal. Bar No. 264997)
kaoyu.hsu@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile: 650.213.8158

ATTORNEYS FOR PLAINTIFF
OPTOPLEX CORPORATION

*IT IS SO ORDERED*
*5/16/13*
*Judge Yvonne Gonzalez Rogers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OPTOPLEX CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>O-NET COMMUNICATIONS (USA), INC.,<br><br>O-NET COMMUNICATIONS GROUP LTD.<br><br>　　　　　　Defendants. | CIVIL CASE NO.: 12-CV-5996-YGR<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

　　　　WHEREAS a Case Management Conference is currently scheduled for June 3, 2013;

　　　　WHEREAS Defendants O-Net Communications (USA), Inc. and O-Net Communications Group Ltd. (collectively "Defendants") filed Answer to Complaint on May 8, 2013 (Dkt. 15).

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to dismiss the above captioned action WITHOUT PREJUDICE. This stipulation of dismissal is proper because this action is still in its infancy and all parties who

WHITE & CASE LLP
ATTORNEYS AT LAW

1  have appeared stipulate to dismiss this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (stating that the
2  plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by
3  all parties who have appeared).

Respectfully submitted,

Dated:  May 15, 2013     By:     */s/ Bijal V. Vakil*
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650.213.0300
Facsimile:   650.213.8158

ATTORNEYS FOR PLAINTIFF
OPTOPLEX CORPORATION

Dated:  May 15, 2013     By:     */s/ John P. Schnurer*
JOHN P. SCHNURER (Cal. Bar No. 185725)
jschnurer@perkinscoie.com
**PERKINS COIE LLP**
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:   858.720.5799

ATTORNEYS FOR DEFENDANTS O-NET
COMMUNICATIONS (USA), INC.,
O-NET COMMUNICATIONS GROUP LTD.

## **ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that John P. Schnurer, Counsel for Defendants has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION TO DISMISS WITHOUT PREJUDICE**.

Dated: May 15, 2013            **WHITE & CASE LLP**

By: _/s/ Bijal V. Vakil_
      Bijal V. Vakil

ATTORNEY FOR PLAINTIFF OPTOPLEX CORPORATION